United States Courts
Southern District of Texas
FILED
DEC - 6 2007
Michael N. Milby, Clerk of Court

SOUTHERN DISTRICT OF TEXAS SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Maria Huerta | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. CA-C-07-463 |
| | § | |
| C.R. Bard Inc et al | § | |

**CLERK'S NOTICE OF DEFICIENT PLEADING**

The Clerk has filed the Notice of Removal; however it is deficient as checked. (LR refers to the Local Rules of this District.)

1. _____ Document is not signed. (LR11.1)

2. _____ Document is not signed by, or by permission of, attorney in charge (LR11.3)

3. _____ Document does not furnish required attorney information. (LR11.3.A.(1) through (6).

4. ______ No certificate of service or explanation why service is not required. (LR5.4)

5. ____ Motion does not comply as follows:

   a. ____ No certificate of consultation (LR7.1D)

   b. ____ No certificate of service of motion. (LR5.6)

6. _X_ Other: 1) No docket sheet from State Court provided (LR81.4); 2) No index of matters being filed (LR81.5); and 3) No list of counsel of record, including addresses, telephone numbers and parties represented (LR81.6)

The presiding judicial officer in this matter has requested that deficient pleadings be forwarded to chambers for a strike order if the deficiency is not corrected within FIVE days. You need only re-file the correction specified, but your correction must include the caption and cause number (see LR10.1) as well as a certificate of service to all opposing counsel.

Date: December 6, 2007
(Re: D.E. #1)/dt

Donna Terrell
UNITED STATES DEPUTY CLERK

hwhntcltr
02/07/2000