**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| MARIA HUERTA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Case No.: 2:07-cv-00463 |
| | § | |
| C.R. BARD INC. and | § | |
| DAVOL INC., | § | |
| | § | |
| Defendants. | § | |

**DEFENDANTS' CORRECTION OF DEFICIENT PLEADING**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendant, C.R. BARD, INC., and Defendant, DAVOL INC., and files this Defendants' Correction of Deficient Pleading in response to Clerk's Notice of Deficient Pleading dated December 6, 2007. The required documents are attached as follows: the docket sheet from County Court at Law #1 in Nueces County is attached as Exhibit 1, an index of matters being filed is attached as Exhibit 2, and a list of counsel of record is attached as Exhibit 3.

Dated: December 6, 2007

Respectfully submitted,

HARRISON, BETTIS, STAFF, MCFARLAND & WEEMS, L.L.P

_/s/ D. Mitchell McFarland___
D. Mitchell McFarland
Attorney-In-Charge
State Bar No. 13597700
One Allen Center
500 Dallas, Suite 2600
Houston, Texas 77002
Phone: (713) 843-7900
Fax: (713) 843-7901
mitch.mcfarland@harrisonbettis.com

**ATTORNEYS FOR DEFENDANT DAVOL INC. AND DEFENDANT C.R. BARD, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that, on this 6th day of December, 2007, a true and correct copy of the foregoing Defendants' Correction of Deficient Pleading was served upon the following counsel of record in the manner indicated below:

Jesus "Jesse" Sotelo
Jesus Sotelo & Associates, PLLC
P.O. Box 763
105 East Expressway 83, Ste. C
Pharr, TX 78577-1615
*Certified Mail (Return Receipt Requested)*

BY: _/s/ D. Mitchell McFarland_
D. Mitchell McFarland