# EXHIBIT 1

RUN DATE 12/06/2007
RUN TIME 10:29 AM

* * * C L E R K ' S E N T R I E S * * * FROM 01/01/1901 THRU 12/06/2007 07-62475-00-0-1

(02) FILED: 11/06/2007
PERSON INJ/DAM OTHER THAN MOTOR VEHICLE

HUERTA, MARIA

VS

C.R. BARD INC., ET AL

* * * DOCKET ENTRIES * * *

* * * DOCUMENTS FILED * * *

11/06/2007 ORIGINAL PETITION FILED
11/06/2007 SVC SHT REQ SVC/SH
11/06/2007 CIVIL CASE INFO SHT/SH
11/09/2007 CITATION (R): C.R.BARD INC.
11/09/2007 SERVED: 11/26/2007 FILED: 12/05/2007
11/09/2007 CITATION (R): DAVOL INC.
11/09/2007 SERVED: 11/27/2007 FILED: 12/05/2007