# EXHIBIT 2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| MARIA HUERTA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Case No.: 2:07-cv-00463 |
| | § | |
| C.R. BARD INC. and | § | |
| DAVOL INC., | § | |
| | § | |
| Defendants. | § | |

**INDEX OF MATTERS BEING FILED**

1. **Notice of Removal**