# EXHIBIT 3

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| MARIA HUERTA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Case No.: 2:07-cv-00463 |
| | § | |
| C.R. BARD INC. and DAVOL INC., | § | |
| | § | |
| | § | |
| Defendants. | § | |

**LIST OF COUNSEL OF RECORD**

**FOR THE PLAINTIFF, MARIA HUERTA:**

Jesus "Jesse" Sotelo
Jesus Sotelo & Associates, PLLC
P.O. Box 763
105 East Expressway 83, Ste. C
Pharr, TX 78577-1615
(956) 283-8484
(956) 283-8811 (fax)

**FOR THE DEFENDANTS, C.R. BARD, INC. and DAVOL INC.:**

D. Mitchell McFarland
One Allen Center
500 Dallas, Suite 2600
Houston, Texas 77002
Phone: (713) 843-7900
Fax: (713) 843-7901