CLOSED, MDL, STAYED, TRANSFERRED

# U.S. District Court
# SOUTHERN DISTRICT OF TEXAS (Corpus Christi)
# CIVIL DOCKET FOR CASE #: 2:07−cv−00463

Huerta v. C.R.Bard, Inc. et al
Assigned to: Chief Judge Hayden Head
Case in other court: County Court at Law #1 Nueces County Texas, 07−62475−1
Cause: 28:1332 Diversity−Product Liability

Date Filed: 12/05/2007
Date Terminated: 02/14/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Maria Huerta** represented by **Jesus Sotelo**
Attorney at Law
PO Box 763
Pharr, TX 78577
956−283−8484
Fax: 956−283−8811
Email: jstl256@msn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**C.R.Bard, Inc.** represented by **D Mitchell McFarland**
500 Dallas Street
Ste 2600
Houston, Tx 77002
713−843−7900
Fax: 713−843−7901
Email: mitch.mcfarland@harrisonbettis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Davol, Inc.** represented by **D Mitchell McFarland**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/05/2007 | | NOTICE OF REMOVAL from County Court at Law #1 Nueces County, case number 07−62475−1 (Filing fee $ 350 receipt number 3281783) filed by C.R.Bard, Inc., Davol, Inc.. (Attachments: # 1 Exhibit A)(McFarland, D) (Entered: 12/05/2007) |
| 12/06/2007 | | NOTICE OF DEFICIENT PLEADING as to C.R.Bard, Inc., Davol, Inc. Need to provide the docket sheet from State Court, index of matters being filed and a list of counsel of record, including addresses, telephone numbers and parties represented. Parties |

| | | |
|---|---|---|
| | | notified.Notice of Compliance due by 12/11/2007, filed. (dterrell, ) (Entered: 12/06/2007) |
| 12/06/2007 | | *Defendants' Correction of Deficient Pleading* by C.R.Bard, Inc., Davol, Inc., filed. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3)(McFarland, D) (Entered: 12/06/2007) |
| 12/21/2007 | | MOTION to Stay *Proceedings Pending Transfer to Federal MDL* by C.R.Bard, Inc., Davol, Inc., filed. Motion Docket Date 1/10/2008. (Attachments: # 1 Exhibit 1# 2 Proposed Order Motion to Stay)(McFarland, D) (Entered: 12/21/2007) |
| 01/17/2008 | | SCHEDULING ORDER: Pretrial Conference set for 2/20/2008 at 09:15 AM before Chief Judge Hayden Head.( Signed by Judge Hayden Head ) Parties notified.(lrivera, ) (Entered: 01/17/2008) |
| 01/18/2008 | | Minute Entry (telephone Conference) Frank Bann F/Dft; Martin Perez f/Pltf: Mr Perez has no opposition to the motion to stay. Court grants motion to stay., filed. (ssyler, ) (Entered: 01/18/2008) |
| 01/18/2008 | | ORDER granting 4 Motion for Stay of Proceedings Pending Transfer to Federal MDL.( Signed by Judge Hayden Head ) Parties notified.(mserpa, ) (Entered: 01/18/2008) |
| 02/14/2008 | | JPML CONDITIONAL TRANSFER ORDER (CTO−13) (certified copy) transferring case to District of Rhode Island to be included in MDL Docket No. 1842. Case terminated on 2/14/08. Parties notified.(jbradford, ) (Entered: 02/14/2008) |
| 02/14/2008 | | MDL transfer to District of Rhode Island. Case transferred electronically. (jbradford, ) (Entered: 02/14/2008) |